UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBA DUKES,<br><br>             Petitioner<br><br>       v.<br><br>ELISEO RICOLCOL, Warden,<br><br>             Respondent. | Case No. 5:23-cv-01789-JWH (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT MOTION TO DISMISS** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation to dismiss the petition under 28 U.S.C. § 2241 and any relevant records if needed. Because the time for objections has passed with none filed, the Court need not review *de novo* the findings and conclusions in the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*).

Therefore, the Court hereby **ORDERS** as follows:

1. The petition under 28 U.S.C. § 2241 is **DISMISSED** for all the reasons stated in the Report and Recommendation.

2. Judgment shall issue accordingly, **DISMISSING** this action **without prejudice**.

**IT IS SO ORDERED.**

Dated: March 4, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE