JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBA DUKES,<br><br>      Petitioner<br><br>      v.<br><br>ELISEO RICOLCOL, Warden,<br><br>      Respondent. | Case No. 5:23-cv-01789-JWH (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to Grant Motion to Dismiss,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The petition for writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED** for lack of administrative exhaustion.

2. This action is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Dated: March 4, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE